UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v.

Case No. 1:19-cv-746

HON. JANET T. NEFF

JOSEPH E. LEWIS, *named as* Joseph E. Lewis El,

    Defendant.
_____/

# ORDER

Defendant, proceeding *pro se*, removed this criminal matter from the Ingham County 55th District Court. The Magistrate Judge issued a Report and Recommendation (ECF No. 4), recommending that this action be remanded because Defendant failed to establish that this matter satisfies one of the exceptional circumstances in which removal of a state court criminal prosecution is permitted (*id.* at PageID.36). Defendant has filed an Objection to the remand (ECF No. 5) asserting that he has been denied a lawful outcome at the state level and citing his constitutional rights, but he advances no cognizable grounds to overcome the lack of any basis for removal of a state criminal action or the Magistrate Judge's determination that this case is properly remanded to state court.

In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. This case will be remanded to the Ingham County 55th District Court.

Therefore:

2

**IT IS HEREBY ORDERED** that the Objection (ECF No. 5) is DENIED, and the Report and Recommendation (ECF. No. 4) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is REMANDED to the Ingham County 55th District Court.

A Judgment will be entered consistent with this Order.

Dated: February 25, 2020

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge